UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Progressive Northern Insurance Company, Progressive Classic Insurance Company, Progressive Specialty Insurance Company, Progressive Casualty Insurance Company, and Progressive Northwestern Insurance Company,<br><br>       Plaintiffs,<br>v.<br><br>Alivio Chiropractic Clinic, Inc.; Joshua Jason Anderson, D.C.; Alexis Alarcon Aguilar; Andrea Kay Bongart, individually and d/b/a Sunshine Clinical Bodyshop; and Mark Anthony Karney, attorney at law, d/b/a Karney & Associates,<br><br>       Defendants. | Civil No. 05-0951 (PAM/RLE)<br><br>**TEMPORARY RESTRAINING ORDER** |

This matter is before the Court on Plaintiffs' Motion for a Temporary Restraining Order. On June 7, 2005, the Court granted Plaintiffs' Motion and ordered Defendants to appear on Friday, June 17, 2005, to show cause why the Court should not enter a preliminary injunction. Based on a showing of good cause, the temporary restraining order is extended and Defendants are ordered to appear on Friday, June 24, 2005, at 9:30 a.m., to show cause why the Court should not enter a preliminary injunction.

Dated: June 13, 2005

                   s/ Paul A. Magnuson
                   Paul A. Magnuson
                   United States District Court Judge