UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Progressive Northern Insurance Company,
Progressive Classic Insurance Company,
Progressive Specialty Insurance Company,
Progressive Casualty Insurance Company,
and Progressive Northwestern Insurance
Company,

                Plaintiffs,

vs.                                            ORDER

Alivio Chiropractic Clinic, Inc., Joshua
Jason Anderson, D.C., Alexis Alarcon
Aguilar, Andrea Kay Bongart, individually
and d/b/a Sunshine Clinical Bodyshop,
Mark Anthony Karney, attorney at law,
d/b/a Karney & Associates, and Adolfo Cardona,

                Defendants.        Civ. No. 05-951 (JNE/RLE)

* * * * * * * * * * * * * * * * *

      Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

      ORDERED:

      That the Stay in this case is continued.

                                              BY THE COURT:

DATED: July 20, 2007                        s/ Joan N. Ericksen
                                              Judge Joan N. Ericksen
                                              United States District Court